In the Matter of Children's Bus Service, Inc., Appellant, against Mark Graves et al., as Members of the State Tax Commission, et al., Respondents.

(Submitted September 28, 1936;  decided October 13, 1936 )

*Vito F. Lanza* for appellant.

*John J. Bennett, Jr., Attorney-General (Henry Epstein* of counsel), for respondents.

524

Order affirmed, with costs; no opinion.

Concur: Crane, Ch. J., Lehman, O'Brien, Hubbs, Crouch, Loughran and Finch, JJ.